UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------x

REBECCA CHARLES,

                              Plaintiff,

-against-

SPECIALTYCARE, INC.

                              Defendant.

----------------------------------------------------------------x

Case No.: 16-cv-00129 (LDH)(JO)

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Rebecca Charles, by and through her undersigned counsel, and Defendant SpecialtyCare, Inc., by and through its undersigned counsel, that the above-captioned action be and is hereby dismissed in its entirety with prejudice and with no award of attorneys' fees, costs or disbursements by the Court to any party.

LICHTEN & BRIGHT, P.C.
373 Park Avenue South - 9th Floor
New York, New York 10016
Tel: (646) 588-4872

By: _____
      Stuart Lichten, Esq.

ATTORNEYS FOR PLAINTIFF

Dated: October 18, 2016

JACKSON LEWIS P.C.
666 Third Avenue, 29th Floor
New York, New York 10017
Tel: (212) 545-4000

By: _____
      Clifford R. Atlas, Esq.
      Orla J. McCabe, Esq.

ATTORNEYS FOR DEFENDANT

Dated: ~~October~~ November 7, 2016